# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MAMOUN THABATEH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-01054-LSC-SGC |
| ) | |
| JEFFERSON SESSIONS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed July 17, 2017. (Doc. 4). In the motion, Respondents note Petitioner was released from ICE custody on July 10, 2017, pursuant to an order of supervised release. (*Id*.). Because Petitioner has been released, Respondents contend this case is due to be dismissed as moot.

Because Petitioner has been released on an order of supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** AND **ORDERED** ON JULY 25, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704